RIMON, P.C.
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Plaintiff
YUNTEK INTERNATIONAL, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIAMEN JXD ELECTRONIC COMMERCE CO., LTD. and XIAMEN SUNNYPET PRODUCTS CO., LTD., <br><br> Defendants. | Case No. 3:20-cv-07201-JSW <br><br> **STIPULATION TO EXTEND ALL DEADLINES, INCLUDING CASE MANAGEMENT CONFERENCE** |

In accordance with Civil Local Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to extend all pending deadlines by approximately 60 days, or to such other dates as the Court may set, based on the following facts supported by the Declaration of Matthew H. Poppe submitted herewith:

1.  Plaintiff Yuntek International, Inc. ("Yuntek") filed the Complaint in this action on October 15, 2020, alleging patent infringement and naming as defendants Xiamen JXD Electronic Commerce Co., Ltd. and Xiamen Sunnypet Products Co., Ltd. ("Defendants").

2.  The next day, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines establishing several initial deadlines and scheduling an Initial Case Management Conference for January 15, 2021 at 11:00 a.m.

3. Jen-Feng Lee, Esq., as counsel for Defendants, signed a Waiver of the Service of Summons on behalf of each of the Defendants, which waivers were filed on November 6, 2020 as ECF 11 and 12.  As Defendants are resident in the People's Republic of China, Defendants have 90 days from the service date specified in the waiver forms to answer or otherwise respond to the Complaint in accordance with F.R.C.P. 4(d)(3).  Consequently, their deadline to respond to the Complaint is January 28, 2021.

4. The parties are presently engaged in good faith settlement discussions and jointly request the extension requested herein in order to continue discussing settlement while avoiding potentially unnecessary litigation expenditures that may otherwise interfere with a settlement.

5. The parties agree that the proposed extension will not prejudice either side.  No prior extensions have been requested in this case.

6. Based on the foregoing, and for good cause shown, the parties respectfully request that the Court extend all deadlines by approximately 60 days, as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file ADR Certification signed by Parties and Counsel | December 28, 2020 | March 1, 2021 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | January 8, 2021 | March 12, 2021 |
| Initial Case Management Conference | January 15, 2021 at 11:00 a.m. | March 19, 2021 at 11:00 a.m. |

IT IS SO STIPULATED.

Dated:  December 18, 2020							RIMON, P.C.


								By: */s/ Matthew H. Poppe*
									Matthew H. Poppe

									Attorneys for Plaintiff YUNTEK INTERNATIONAL, INC.


Dated:  December 18, 2020							LT Pacific Law Group LLP


								By: */s/ Jen-Feng Lee*
									Jen-Feng Lee

									Attorneys for Defendants XIAMEN JXD ELECTRONIC COMMERCE CO., LTD. and XIAMEN SUNNYPET PRODUCTS CO., LTD.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Matthew H. Poppe, attest that concurrence in the filing of this document has been obtained.

*/s/ Matthew H. Poppe*
Matthew H. Poppe

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

*/s/ Matthew H. Poppe*
Matthew H. Poppe