Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Plaintiff
YUNTEK INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., | Case No. 4:20-cv-07201-JSW |
| Plaintiff, | **PLAINTIFF YUNTEK INTERNATIONAL, INC.'S RE-NOTICED MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF INVALIDITY AND UNENFORCEABILITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |
| v. | |
| XIAMEN JXD ELECTRONIC COMMERCE CO., LTD. and XIAMEN SUNNYPET PRODUCTS CO., LTD., | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION (RE-NOTICED)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the Oakland Courthouse, 2d Floor, 1301 Clay Street, Oakland, CA 94612, Plaintiff Yuntek International, Inc. ("Yuntek") will and hereby does move for an order dismissing Counterclaims Two and Three for a declaratory judgment of, respectively, invalidity and unenforceability in the Answer and Counterclaims filed by Defendants Xiamen Jxd Electronic Commerce Co., Ltd. and Xiamen Sunnypet Products Co., Ltd. (collectively, "Sunnypet"), Dkt. No. 25, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that said counterclaims fail to state a claim upon which relief can be granted because the pleading alleges no relevant facts and states no specific basis for the alleged invalidity or unenforceability.  This hearing is re-noticed from the originally noticed hearing date of June 11, 2021, pursuant to the Clerk's Notice Vacating Hearing and Directing Filing Party to Renotice Motion Properly on an Open and Available Date, Dkt. No. 31.

This motion is based on this Notice of Motion and Motion (Re-Noticed), the previously-filed Memorandum of Points and Authorities, Dkt. No. 31, all pleadings and documents in the Court's file, all matters of which the Court may or must take judicial notice, and such other written or oral argument as may be presented at or before the time this motion is heard by the Court.

Dated:  May 3, 2021                     RIMON, P.C.


                                        By: /s/ Matthew H. Poppe
                                            Matthew H. Poppe

                                            Attorneys for Plaintiff
                                            YUNTEK INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Matthew H. Poppe
Matthew H. Poppe