Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Plaintiff
YUNTEK INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., | Case No. 4:20-cv-07201-JSW |
| Plaintiff, | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3** |
| v. | |
| XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC., | |
| Defendants. | |

Pursuant to Patent L.R. 4-3, Plaintiff Yuntek International, Inc. ("Yuntek") and Defendants Xiamen JXD Electronic Commerce Co., Ltd., Xiamen Sunnypet Products Co., Ltd., and Petsfit Inc. ("Defendants") hereby submit this Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3.

**A.   AGREED CLAIM CONSTRUCTIONS**

The parties have not agreed on constructions for the disputed terms identified below for the asserted patent, U.S. Patent No. 6,715,446 (the "'446 Patent").

**B.   PROPOSED CONSTRUCTIONS OF DISPUTED TERMS AND CITED EVIDENCE**

Following are the parties' respective proposed constructions of disputed terms from the claims of the '446 Patent:

| Claim Term | Yuntek's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "foldable" | having structural features that facilitate folding in the manner described | plain and ordinary meaning |
| "on top of said bottom side [of said main body]" | above and directly adjacent to the bottom side of the main body | onto the interior floor of the housing, and on top of any mat or pad on the interior floor of the housing |
| "support said first, second, and top sides of the main body" | hold the first, second, and top sides of the main body in a fully upright and expanded position | add stability to the first, second, and top sides of the main body |
| "front panel and back panel are *folded over* the collapsed main body with one of the front panel and the back panel *folded over* the other" | "folded over" means bent or pivoted to a position above the collapsed main body and at least partly overlapping the other panel | front panel and back panel folded toward and over each other over the top side of the collapsed main body such that the housing is folded to and remains in a significantly compact state |
| "a continuous structure" | a structure in which the four sides are connected (such as by sewing) without being disengageable (such as by a zipper) across the structure's entire length at any location | plain and ordinary meaning |
| "front opening" | an opening in the front panel; *i.e.*, a door within a door | plain and ordinary meaning |

Attached as Exhibit A is an identification of all references from the specification or prosecution history and any extrinsic evidence on which Yuntek intends to rely to support its proposed constructions or to oppose Defendants' proposed constructions stated above.

Attached as Exhibit B is an identification of all references from the specification or prosecution history and any extrinsic evidence on which Defendants intend to rely to support their proposed constructions or to oppose Yuntek's proposed constructions stated above.

**C.   IDENTIFICATION OF MOST SIGNIFICANT CLAIM TERMS**

The parties agree that the first four disputed claim terms listed in the chart in Section B above are most significant to resolution of the case.  The parties do not contend that any individual construction is case or claim dispositive.

**D.   ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING**

Yuntek anticipates that 90 minutes will be needed for the claim construction hearing; *i.e.*, 15 minutes per disputed claim term.

Defendants anticipate that three hours will be needed for the claim construction hearing; *i.e.*, 15 minutes per side per disputed claim term.

**E.   WITNESSES**

Neither party proposes to call any witnesses at the claim construction hearing.

**F.   FINDINGS OF FACT**

Neither party requests any factual findings from the Court related to claim construction.

Dated:  July 23, 2021                    RIMON, P.C.

By: */s/ Matthew H. Poppe*
Matthew H. Poppe
Attorneys for Plaintiff YUNTEK INTERNATIONAL, INC.

Dated:  July 23, 2021                    KIMBALL ANDERSON

By: */s/ Robert E. Aycock*
Robert E. Aycock
Attorneys for Defendants XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Matthew H. Poppe, attest that concurrence in the filing of this document has been obtained.

*/s/ Matthew H. Poppe*
Matthew H. Poppe

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ *Matthew H. Poppe*
Matthew H. Poppe