Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert E. Aycock (Admitted *pro hac vice*)
robert@kimballanderson.com
William B. Chadwick (Admitted *pro hac vice*)
will@kimballanderson.com
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
T: 801-359-3333
F: 801-326-4526

Attorneys for Defendants
XIAMEN JXD ELECTRONIC COMMERCE CO. LTD.,
XIAMEN SUNNYPET PRODUCTS CO. LTD., and
PETSFIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., | Case No. 4:20-cv-07201-JSW |
| Plaintiff, | **STIPULATION TO EXTEND CASE DEADLINES** |
| v. | |
| XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC., | |
| Defendants. | |

In accordance with Civil Local Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to extend certain pending deadlines shown below by approximately two weeks or to such other dates as the Court may set, based on the following facts supported by the Declaration of Robert E. Aycock submitted herewith:

1. Plaintiff Yuntek International, Inc. ("Yuntek") filed the Complaint in this action on October 15, 2020, alleging patent infringement and naming as defendants Xiamen JXD Electronic Commerce Co., Ltd. and Xiamen Sunnypet Products Co., Ltd. ("Original Defendants").

2. The next day, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines establishing several initial deadlines and scheduling an Initial Case Management Conference.

3. Jen-Feng Lee, Esq., as counsel for the Original Defendants, signed a Waiver of the Service of Summons on behalf of each of the Original Defendants, who are overseas entities residing in the People's Republic of China. Said waivers were filed on November 6, 2020 as Dkt. Nos. 11 and 12.

4. The parties were engaged in settlement discussions and jointly requested an extension of the case deadlines on December 18, 2020 to continue discussing settlement while avoiding potentially unnecessary litigation expenditures that may otherwise interfere with a settlement. Dkt. No. 14.

5. The Court granted the parties' Stipulation to Extend All Case Deadlines, Including Case Management Conference.  Dkt. No. 15.

6. The parties then continued to discuss settlement and hoped to avoid potential litigation expenditures that may otherwise interfere with a settlement.

7. The parties filed a Stipulation to Extend Certain Deadlines, Including Case Management Conference on March 4, 2021. Dkt. No. 18.

8. On March 5, 2021, the Court issued an Order Granting the parties' Stipulation to Extend Certain Deadlines, Including Case Management Conference.  Dkt. No. 19.

9. On April 12, 2021, the Court entered its Order setting Pretrial and Trial Dates, Vacating Case Management Conference and Referring Matter to Magistrate Judge to Conduct

Settlement Conference. Dkt. No. 27.

10. The parties in their Joint Case Management Conference Statement and [Proposed] Order, Dkt. No 24, proposed certain pretrial dates with shorter time periods than those provided for by the Court's Patent Local Rules; *e.g.*, some of the shortened times were Defendants' Patent Local Rules 3-3 & 3-4 disclosures shortened from 45 days to 21 days, Patent Local Rule 4-2 Exchange of Preliminary Claim Constructions from 21 days to 14 days, Patent Local Rule 4-2 shortened from 60 days to 42 days, and Patent Local Rule 4-5 shortened from 45 days to 13 days. The Court in its Order setting Pretrial and Trial Dates, Vacating Case Management Conference and Referring Matter to Magistrate Judge to Conduct Settlement Conference, Dkt. No. 27, adopted these shortened dates and set the claim construction hearing for October 27, 2021.

11. On June 28, 2021, after engaging in independent settlement efforts, the parties attended a Settlement Conference with Magistrate Judge Kandis A. Westmore. The parties did not reach a settlement.

12. Plaintiff filed its First Amended Complaint on May 18, 2021. Dkt. No. 37.

13. On July 13, 2021, the Court granted the parties' stipulation to allow Plaintiff to file its Second Amended Complaint and add Defendant Petsfit, Inc. as a party. Dkt. No. 47. The Court ordered that the Second Amended Complaint was "deemed filed as of the date that this Order is transmitted to the CM/ECF system." *Id*.

14. Plaintiff served the Second Amended Complaint and a Summons on Petsfit, Inc. on July 15, 2021. Petsfit, Inc.'s response to Plaintiff's Second Amended Complaint is due on August 5, 2021. Per the Court's Order, the Original Defendants need not file a response to the Second Amended Complaint and will be deemed to have denied any new allegations contained therein. Dkt. No. 47.

15. Due to issues that have arisen since the Court entered the Case Management Order, including certain medical issues and other unexpected events in counsel for Defendants' other cases, Defendants' counsel requested, and Plaintiff's counsel agreed to, short extensions of certain case deadlines set by the Court.

16. The requested extensions will not require changing the October 27, 2021 Claim

Construction Hearing or affect the Court's control of its docket. Nor are these extensions expected or intended to have any effect on the dates for filing dispositive motions, the pretrial conference, trial, or other events following the close of expert discovery, which dates the Court has not yet set.

17. Based on the foregoing, and for good cause shown, the parties respectfully request that the Court extend certain deadlines by approximately 2 weeks, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | July 23, 2021 | Complied |
| Completion of claim construction discovery | July 30, 2021 | No change |
| Yuntek's opening claim construction brief and evidence (incl. any expert declarations) | August 5, 2021 | Aug 19, 2021 |
| Yuntek's disclosures under PLR 3-8 | August 6, 2021 | Aug 20, 2021 |
| Defendants' responsive claim construction brief and evidence (incl. any expert declarations) | August 19, 2021 | Sep 2, 2021 |
| Yuntek's reply claim construction brief (incl. any rebuttal expert declarations) | August 26, 2021 | Sep 16, 2021 |
| Defendants' disclosures under PLR 3-9 | August 27, 2021 | Sep 10, 2021 |
| Claim Construction Hearing | October 7, 2021 | No change |
| Close of fact discovery | October 8, 2021 | October 22, 2021 |
| Opening Expert Reports | October 29, 2021 | November 5, 2011 |
| Rebuttal Expert Reports | November 19, 2021 | December 2, 2021 |
| Close of Expert Discovery | December 17, 2021 | December 23, 2021 |

IT IS SO STIPULATED.

Dated: July 28, 2021                    RIMON, P.C.

By: */s/ Matthew E. Poppe*
Matthew H. Poppe
Attorneys for Plaintiff, YUNTEK INTERNATIONAL, INC.

1  Dated: July 28, 2021

KIMBALL ANDERSON

By: /s/ Robert E. Aycock
Robert E. Aycock
William Chadwick

LT Pacific Law Group, LLP
Jen-Feng Lee

Attorneys for Defendants XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Robert E. Aycock, attest that concurrence in the filing of this document has been obtained.

                                                          */s/Robert E. Aycock*
                                                        Robert E. Aycock

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2021, the preceding document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

                                                          */s/Robert E. Aycock*
                                                        Robert E. Aycock