UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC., <br><br> Defendants. | Case No. 4:20-cv-07201-JSW <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND CASE DEADLINES |

Having considered the parties' Stipulation to Extend Case Deadlines (Dkt. No. 52), and for good cause shown,

IT IS HEREBY ORDERED THAT all deadlines in this case are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | July 23, 2021 | Complied |
| Completion of claim construction discovery | July 30, 2021 | No change |
| Yuntek's opening claim construction brief and evidence (incl. any expert declarations) | August 5, 2021 | August 19, 2021 |
| Yuntek's disclosures under PLR 3-8 | August 6, 2021 | August 20, 2021 |
| Defendants' responsive claim construction brief and evidence (incl. any expert declarations) | August 19, 2021 | September 2, 2021 |

| | | |
|---|---|---|
| Yuntek's reply claim construction brief (incl. any rebuttal expert declarations) | August 26, 2021 | September 16, 2021 |
| Defendants' disclosures under PLR 3-9 | August 27, 2021 | September 10, 2021 |
| Claim Construction Hearing | October 7, 2021 | No change |
| Close of fact discovery | October 8, 2021 | October 22, 2021 |
| Opening Expert Reports | October 29, 2021 | November 5, 2021 |
| Rebuttal Expert Reports | November 19, 2021 | December 2, 2021 |
| Close of Expert Discovery | December 17, 2021 | December 23, 2021 |

Dated: ___July 29___, 2021         _/s/ Jeffrey S. White_____

The Honorable Jeffrey S. White
United States District Judge