# EXHIBIT B

1  Matthew H. Poppe (SBN 177854)
   matthew.poppe@rimonlaw.com
2  RIMON, P.C.
   800 Oak Grove Avenue, Suite 250
3  Menlo Park, California 94025
   Telephone: 650.461.4433
4  Facsimile: 650.461.4433

5

6  Attorneys for Plaintiff
   YUNTEK INTERNATIONAL, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                          **OAKLAND DIVISION**

11

12 YUNTEK INTERNATIONAL, INC.,              Case No. 4:20-cv-07201-JSW

13              Plaintiff,                   **PLAINTIFF YUNTEK INTERNATIONAL,
                                             INC.'S AMENDED DISCLOSURE OF
14        v.                                 ASSERTED CLAIMS AND
                                             INFRINGEMENT CONTENTIONS
15 XIAMEN JXD ELECTRONIC COMMERCE           PURSUANT TO PATENT L.R. 3-1 ~~AND~~
   CO., LTD~~, and,~~ XIAMEN SUNNYPET        ~~DOCUMENT PRODUCTION PURSUANT~~
16 PRODUCTS CO., LTD., and PETSFIT INC.,
                                             **[PROPOSED VERSION SUBMITTED
17              Defendants.                  WITH YUNTEK'S MOTION FOR LEAVE
                                             TO ~~PATENT L.R. 3-2~~ AMEND]**
18

19

20

21

22

23

24

25

26

27

28

---

Pursuant to Patent L.R. 3-1, Plaintiff Yuntek International, Inc. ("Yuntek") hereby states the following Disclosure of Asserted Claims and Infringement Contentions.  This disclosure is made solely for purposes of this action.  Discovery and Yuntek's investigation in this matter are ongoing, and claim construction has not yet occurred.  Accordingly, this disclosure is based upon information that Yuntek currently has in its possession, custody, or control, and Yuntek's good faith beliefs about the scope of the asserted patent claims, without prejudice to Yuntek's right to supplement or amend this disclosure to the extent and at the times permitted by applicable law.

**(a)   Each claim of each patent in suit that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. §271 asserted.**

Yuntek asserts that Defendants Xiamen JXD Electronic Commerce Co., Ltd. and Xiamen Sunnypet Products Co., Ltd. (collectively, "Sunnypet" or "Defendants") infringe the following claims of U.S. Patent No. 6,715,446 (the "'446 Patent"), in each case under 35 U.S.C. § 271(a) and (b):  claims 6-7, 31-38, 40-51, 53-61, and 64-65.

**(b)   Separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware.**

Yuntek is presently aware of the following Sunnypet products that infringe certain asserted claims identified in Section (a) above, as follows, subject to Yuntek's right to supplement this list upon learning of additional infringing products through its continuing investigation and discovery in this action:

- The products that Sunnypet has identified as Model #DCC1039[1] and/or as the Petsfit Soft Portable Dog Crate/Cat Crate/Foldable Pet Kennel/Indoor Outdoor Pet Home, regardless of the product's size, color, pattern, ~~or~~ folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringes at least claims 6-7, 31-36, 40-49, 53-58, 60, and 64-65 of the '446 Patent.

---

[1] The model number may have a suffix, such as Model #DCC1039B1C, perhaps indicating a size, color, pattern, and/or design.

- The products that Sunnypet has identified as Model #DCC10391,[2] regardless of the product's size, color, pattern, folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringe at least claims 6-7, 31-36, 40-49, 53-58, 60, and 64-65 of the '446 Patent.

- The products that Sunnypet has identified as Model #DCC1047[3] and/or as the Petsfit Soft Portable Dog Crate/Cat Crate/Foldable Pet Kennel/Indoor Outdoor Pet Home, regardless of the product's size, color, pattern, or folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringes at least claims 6-7, 31-38, 40-51, 53-61, and 64-65 of the '446 Patent.  Yuntek is informed and believes that the same model has also been identified on amazon.com as, for example, Petsfit Sturdy Wire Frame Soft Pet Crate, Collapsible for Travel.

- The pet carrier products that Sunnypet identifies on its website as Model #DCC002,[4] regardless of the product's size, color, pattern, or folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringes at least claims 6-7, 31-33, 36, 40-47, 53-57, and 64 of the '446 Patent.

- The pet carrier products that Sunnypet has identified as Model #DCC1800,[5] including, but not limited to, the product that has been identifieds on amazon.com as Petsfit Expandable Cat Carrier Dog Carriers, Airline Approved Soft-Sided Portable Pet Travel Washable Carrier for Kittens, Puppies, Removable Soft Plush mat and Pockets, Locking Safety Zippers, regardless of the product's size, color, pattern, or folding style, or other variations and regardless of the name(s) and/or

---

[2] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.

[3] The model number may have a suffix, such as Model #DCC1047C, perhaps indicating a size, color, pattern, and/or design.

[4] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.

[5] The model number may have a suffix, such as Model #DCC1800C, DCC1800D, or DCC1800K, perhaps indicating a size, color, pattern, and/or design.

other identifier(s) Sunnypet has used for the products, infringes at least claims 6-7, 31-32, 37, 40-42, 45-46, 50, 53-54, and 64 of the '446 Patent.

- The pet home products that Sunnypet sold to K&H Manufacturing in 2014 and 2015 and which K&H Manufacturing sold under the names Classy Go and Comfy Go, regardless of the product's size, color, pattern, folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet or K&H used for the products, infringed at least claims 6-7, 31-36, 40-49, 53-58, 60, and 64-65 of the '446 Patent.

- The pet carrier products Sunnypet has identified as Model #DCC1039023&4&5,[6] regardless of the product's size, color, pattern, folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringe at least claims 6-7, 31-32, 36, 40-46, 53-56, and 64 of the '446 Patent.

- The pet carrier products Sunnypet has identified as Model #DCC1039033&4&5,[7] regardless of the product's size, color, pattern, folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringe at least claims 6-7, 31-33, 36, 40-47, 53-56, and 64 of the '446 Patent.

- The pet carrier products that Sunnypet has identified as Model #DCC1910,[8] regardless of the product's size, color, pattern, folding style, or other variations and regardless of the name(s) and/or other identifier(s) Sunnypet has used for the products, infringe at least claims 6-7, 31-33, 36, 40-47, 53-56, and 64 of the '446 Patent.

---

[6] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.
[7] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.
[8] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.

PLAINTIFF YUNTEK ~~INTERNATIONAL~~ INT'L, INC.'S AMENDED DISCL. OF ASSERTED CLAIMS & INFR. CONTENTIONS
CASE NO. 4:20-CV-07201-JSW

1    • The pet carrier products that Sunnypet has identified as Model #DCC1811,[9]

2    regardless of the product's size, color, pattern, folding style, or other variations and

3    regardless of the name(s) and/or other identifier(s) Sunnypet has used for the

4    products, infringe at least claims 6-7, 31-32, 36, 40-46, 53-56, and 64 of the '446

5    Patent.

6    • The pet carrier products that Sunnypet has identified as Model #DCC1047054&5,[10]

7    regardless of the product's size, color, pattern, folding style, or other variations and

8    regardless of the name(s) and/or other identifier(s) Sunnypet has used for the

9    products, infringe at least claims 6-7, 31-33, 36-37, 40-47, 50, 53-57, and 64 of the

10   '446 Patent.

11   In addition, Yuntek is investigating possible infringement of one or more claims of the

12   '446 Patent by Sunnypet Model #DCC001810, DCC002611, DHCA012033LN, and

13   DHCO012033N1 in view of documents recently produced by Sunnypet identifying and partially

14   depicting these products.

15   **(c)    A chart identifying specifically where and how each limitation of each asserted claim
16   is found within each Accused Instrumentality, including for each limitation that such
     party contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s),
     act(s), or material(s) in the Accused Instrumentality that performs the claimed
17   function.**

18   The following chart identifies specifically where and how each limitation of each asserted

19   claim identified in Section (a) above, if applicable, is found in Sunnypet's Model #DCC1039.

20   Yuntek does not contend that any claim limitation is governed by 35 U.S.C. § 112(6).

21

22

23

24

25

26

---

27   [9] The model number may have a suffix, such as Model #DCC1811B, perhaps indicating a size,
     color, pattern, and/or design.

28   [10] The model number may have a suffix, perhaps indicating a size, color, pattern, and/or design.

4

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| **6.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet's Model #DCC1039 ("DCC1039") is a collapsible housing. Photo 1 below shows DCC1039 in its collapsed state; Photo 2 below shows DCC1039 in its zippered/assembled state. Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. <br><br>   <br> (Photo 1)          (Photo 2) |
| a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1039 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 below. The main body forms a continuous structure. <br><br>  <br> (Photo 3 - annotated) |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides such that, when arranged substantially perpendicular to the bottom side, said front panel and said back panel form a frame for said housing; and | Sunnypet product DCC1039 includes a front panel and a back panel, as shown in Photos 4 and 5 below.  The front and back panels are each joined by stitching to the main body on the bottom side.  The front and back panels are each selectively engageable with the first, second, and top sides via zippers.  When the front and back panels are arranged substantially perpendicular to the bottom side, and the zippers are at least partly closed, the front and back panels form a frame for the housing as shown in Photos 2 and 3 above.<br><br> <br>(Photo 4 - annotated)          (Photo 5 - annotated) |
| wherein said housing is foldable such that: the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body; | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photo 6 below.  When disengaged (unzipped) from the main body, the front and back panels open in a direction parallel to a longest side of the main body, as further shown in Photo 6 below. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| | <br>(Photo 6) |
| the main body is collapsed so that the first, second, and top sides are collapsed on top of said bottom side; and | The housing of Sunnypet product DCC1039 is foldable such that the main body is collapsed so that the first, second, and top sides of the main body are collapsed on top of the bottom side of the main body, as shown in Photo 7 below. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| |  (Photo 7) |
| the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other; | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body such that, after the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet; | Sunnypet product DCC1039 has a front opening in the middle of the front panel that, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein the front opening is provided with a front shade made of mesh; | The front opening in the front panel of Sunnypet product DCC1039 has a front shade made of mesh, as shown, for example, in Photo 2 above. |
| wherein the front shade is attached to the front panel above the front opening; | The front shade of Sunnypet product DCC1039 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above. |
| and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers. | The front shade of Sunnypet product DCC1039 has a bottom side, a first side, and a second side that are connected to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| **7.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1039 is a collapsible housing.  Photo 1 above shows DCC1039 in its collapsed state; Photo 2 above shows DCC1039 in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |
| a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1039 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure. |
| a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable | Sunnypet product DCC1039 includes a front panel and a back panel, as shown in Photos 3, 4, 5 and 6 above.  The front and back panels are each joined by stitching to the main body on the bottom side.  The front and back panels are each selectively engageable with the first, second, and top sides via zippers. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| with the first, second, and top sides; | |
| wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet; | Sunnypet product DCC1039 has a front opening in the middle of the front panel that, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein a front shade is attached to the front panel above the front opening; | A front shade of Sunnypet product DCC1039 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above. |
| wherein the front shade is mesh; | The front shade of Sunnypet product DCC1039 is made of mesh, as shown, for example, in Photo 2 above. |
| wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers; and | The front shade of Sunnypet product DCC1039 has a bottom side, a first side, and a second side that are connected to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein said housing is foldable such that: the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body; | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photo 6 above.  When disengaged (unzipped) from the main body, the front and back panels open in a direction parallel to a longest side of the main body, as further shown in Photo 6 above. |
| the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side; and | The housing of Sunnypet product DCC1039 is foldable such that the main body is collapsed so that the first, second, and top sides of the main body are collapsed on top of the bottom side of the main body, as shown in Photo 7 above. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| the front panel and back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other. | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body such that, after the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |
| **31.** The collapsible housing for accommodating a pet of claim 7, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The front panel of Sunnypet product DCC1039 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 2 and 4 above. |
| **32.** The collapsible housing for accommodating a pet of claim 7, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The back panel of Sunnypet product DCC1039 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 3 and 5 above. |
| **33.** The collapsible housing for accommodating a pet of claim 7, wherein at least one of the first side and the second side has a side mesh window. | The first side and the second side of Sunnypet product DCC1039 each have a side mesh window, as shown in Photos 8 and 9 below.<br><br><br>(Photo 8)        (Photo 9) |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| **34.** The collapsible housing for accommodating a pet of claim 33 wherein the side mesh window has a side shade. | At least one of the side mesh windows in the first and second sides of Sunnypet product DCC1039 has a side shade, as shown in Photo 9 above (with the side shade rolled up above the side mesh window). |
| **35.** The collapsible housing for accommodating a pet of claim 34 wherein the side shade is securable above the side mesh window. | The side shade on at least one side of Sunnypet product DCC1039 is securable above the respective side mesh window by means of Velcro. The side shade is shown in its secured position in Photo 9 above. |
| **36.** The collapsible housing for accommodating a pet of claim 7, wherein the top side of the main body has a handle attached thereto. | The top side of Sunnypet product DCC1039 has a handle attached thereto, as shown, for example, in Photos 2, 3, 8, and 9 above. |
| **40.** The collapsible housing for accommodating a pet of claim 7, further comprising a pad placed in the interior on the bottom side. | Sunnypet product DCC1039 is supplied with a pad placed, or for placement, in the interior on the bottom side, as shown in Photos 10 and 11 below.<br><br><br><br>**About this item**<br>• Dimension: 35"LX29"WX30"H,Provide private room for your pet anywhere you go.Perfect size for large dog up to 80 pounds.<br>• Easy to set up,no tools needed.<br>• Three mesh sides for good ventilation.<br>• Foldable,easy to travel with carrying case.<br>• Machine washable mat for easier cleaning.<br><br>(Photo 10)            (Photo 11)<br><br>(Photos 10 and 11 from Amazon listing for Petsfit 35"x26"x30" (LxWxH) Inches Large Soft Portable Dog Crate/Cat Crate/Foldable Pet Kennel/Indoor Outdoor Pet Home for Large Dogs as of 5/20/2021) |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| **41.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1039 is a collapsible housing.  Photo 1 above shows DCC1039 in its collapsed state; Photo 2 above shows DCC1039 in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |
| a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1039 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure and is collapsible, Photo 1 above showing DCC1039 in its collapsed state and Photo 2 above showing DCC1039 in its zippered/assembled state. |
| a front panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1039 includes a front panel, as shown, for example, in Photos 2 and 4 above.  The front panel is joined by stitching to the main body on the bottom side.  The front panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the front panel opens in a direction parallel to a longest side of the main body, as shown in Photo 6 above. |
| a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet; | Sunnypet product DCC1039 has a front opening in the middle of the front panel which, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped).  The size and shape of the opening accommodates entry and exit of a pet, as marketed by Sunnypet. |
| a back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a | Sunnypet product DCC1039 includes a back panel, as shown, for example, in Photos 3 and 5 above.  The back panel is joined by stitching to the main body on the bottom side.  The back panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the back panel opens in a direction parallel to a longest side of the main body, as shown in Photo 6 above. |

13

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| longest side of the main body; | |
| wherein a front shade is attached to the front panel above the front opening and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers; | A front shade of Sunnypet product DCC1039 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above.  The front shade of Sunnypet product DCC1039 has a bottom side, a first side, and a second side that are connected to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; and | The first, second, and top sides of Sunnypet product DCC1039 are designed to be engaged with the front panel and back panel via zippers, with the front and back panels positioned substantially perpendicular to the bottom side of the main body such that the front and back panels support the first, second, and top sides of the main body as shown, for example, in Photo 2 above. |
| wherein the housing is foldable such that, the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photos 6 and 7 above.  After the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |

14

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel. | |
| **42.** The collapsible housing for accommodating a pet of claim 41, wherein the front shade comprises mesh. | The front shade of Sunnypet product DCC1039 comprises mesh, as shown, for example, in Photo 2 above. |
| **43.** The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle attached thereto. | The top side of Sunnypet product DCC1039 has a handle attached thereto, as shown, for example, in Photos 2, 3, 8, 9, and 10 above. |
| **44.** The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle sewn thereto. | The top side of Sunnypet product DCC1039 has a handle sewn thereto, as shown, for example, in Photos 2, 3, 8, 9, and 10 above. |
| **45.** The collapsible housing for accommodating a pet of claim 41, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The front panel of Sunnypet product DCC1039 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 2 and 4 above. |
| **46.** The collapsible housing for accommodating a pet of claim 41, wherein the back panel is | The back panel of Sunnypet product DCC1039 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 3 and 5 above. |

15

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| selectively engageable with the first, second, and top sides of the main body by a zipper. | |
| **47.** The collapsible housing for accommodating a pet of claim 41, wherein at least one of the first side and the second side has a side mesh window. | The first side and the second side of Sunnypet product DCC1039 each have a side mesh window, as shown in Photos 8 and 9 above. |
| **48.** The collapsible housing for accommodating a pet of claim 47, wherein the side mesh window has a side shade. | At least one of the side mesh windows in the first and second sides of Sunnypet product DCC1039 has a side shade, as shown in Photo 9 above (with the side shade rolled up above the side mesh window). |
| **49.** The collapsible housing for accommodating a pet of claim 48, wherein the side shade comprises a fastener to secure the side shade above the side mesh window. | The side shade on at least one side of Sunnypet product DCC1039 comprises Velcro fasteners to secure the side shade above the respective side mesh window.  The side shade is shown in its secured position in Photo 9 above. |
| **53.** The collapsible housing for accommodating a pet of claim 41, further comprising a pad positioned inside the main body on top of the bottom side of the main body. | Sunnypet product DCC1039 is supplied with a pad positioned, or to be positioned, inside the main body on top of the bottom side of the main body, as shown in Photos 10 and 11 above. |
| **54.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1039 is a collapsible housing.  Photo 1 above shows DCC1039 in its collapsed state; Photo 2 above shows DCC1039 in its zippered/assembled state.  Sunnypet markets the product as being |

16

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| | to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |
| a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1039 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure and is collapsible, Photo 1 above showing DCC1039 in its collapsed state and Photo 2 above showing DCC1039 in its zippered/assembled state. |
| a front panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1039 includes a front panel, as shown, for example, in Photos 2 and 4 above.  The front panel is joined by stitching to the main body on the bottom side.  The front panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the front panel opens in a direction parallel to a longest side of the main body, as shown in Photo 6 above. |
| a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet; | Sunnypet product DCC1039 has a front opening in the middle of the front panel which, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped).  The size and shape of the opening accommodates entry and exit of a pet, as marketed by Sunnypet. |
| a front mesh shade attached to the front panel above the front opening wherein a bottom side, a first side and a second side of the front mesh shade are selectively engageable with one or more zippers to the front panel; | A front shade of Sunnypet product DCC1039 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above.  The front shade is made of mesh and has a bottom side, a first side, and a second side that are selectively engageable to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |

17

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| a back panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1039 includes a back panel, as shown, for example, in Photos 3 and 5 above.  The back panel is joined by stitching to the main body on the bottom side.  The back panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the back panel opens in a direction parallel to a longest side of the main body, as shown in Photo 6 above. |
| wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and the back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; | The first, second, and top sides of Sunnypet product DCC1039 are designed to be engaged with the front panel and back panel via zippers, with the front and back panels positioned substantially perpendicular to the bottom side of the main body such that the front and back panels support the first, second, and top sides of the main body as shown, for example, in Photos 2 and 3 above. |
| wherein the collapsible housing is foldable such that the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded over the collapsed main body with one of | The housing of Sunnypet product DCC1039 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photos 6 and 7 above.  After the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |

18

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| the front panel and the back panel folded over the other of the front panel and the back panel. | |
| **55.** The collapsible housing for accommodating a pet of claim 54, further comprising a handle attached to said top side of said main body. | The top side of Sunnypet product DCC1039 has a handle attached thereto, as shown, for example, in Photos 2, 3, 8, 9, and 10 above. |
| **56.** The collapsible housing for accommodating a pet of claim 54, further comprising a handle sewn to the top side of the main body. | The top side of Sunnypet product DCC1039 has a handle sewn thereto, as shown, for example, in Photos 2, 3, 8, 9, and 10 above. |
| **57.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; and a second mesh window in the second side. | The first side and the second side of Sunnypet product DCC1039 each have a side mesh window, as shown in Photos 8 and 9 above. |
| **58.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the second side; a first shade securable over the first mesh window; and a second shade securable over the second mesh window. | In at least some versions of Sunnypet product DCC1039, the first side and the second side each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro, as shown in Photos 12 and 13 below (with the side shades rolled up and secured above the side mesh windows).<br><br> <br>(Photo 12)　　　　　(Photo 13) |

19

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1039 |
|---|---|
| **60.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the second side; a first shade securable over the first mesh window; a second shade securable over the second mesh window; a first fastener for holding open the first mesh window; and a second fastener for holding open the second mesh window. | In at least some versions of Sunnypet product DCC1039, the first side and the second side each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro fasteners, as shown in Photos 12 and 13 above (with the side shades rolled up and secured in a held-open position above the side mesh windows). |
| **64.** The collapsible housing for accommodating a pet of claim 54, further comprising a pad placed inside the housing covering the bottom side of said main body. | Sunnypet product DCC1039 is supplied with a pad placed, or to be placed, inside the housing covering the bottom side of the main body, as shown in Photos 10 and 11 above. |
| **65.** The collapsible housing for accommodating a pet of claim 54, further comprising a fastener for holding open the front mesh shade. | The front mesh shade of Sunnypet product DCC1039 comprises Velcro fasteners for holding open the front mesh shade, as shown, for example, in Photos 2 and 10 above. |

The analysis in the above chart applies equally to the Classy Go and Comfy Go products sold by K&H Manufacturing and supplied by Sunnypet, and to Sunnypet Model #DCC10391.

The analysis in the above chart applies equally to Model #DCC002 ("DCC002") with respect to claims 6-7, 31-33, 36, 40-47, 53-57, and 64 of the '446 Patent, and to Model

20

PLAINTIFF YUNTEK INTERNATIONAL INT'L, INC.'S AMENDED DISCL. OF ASSERTED CLAIMS & INFR. CONTENTIONS
CASE NO. 4:20-CV-07201-JSW

#DCC1800 ("DCC1800") ~~the Petsfit Expandable Cat Carrier Dog Carriers, Airline Approved Soft-Sided Portable Pet Travel Washable Carrier for Kittens, Puppies, Removable Soft Plush mat and Pockets, Locking Safety Zippers ("Petsfit Expandable Carrier")~~ with respect to claims 6-7, 31-32, 37, 40-42, 45-46, 50, 53-54, and 64 of the '446 Patent; to Model #DCC1039023&4&5 ("DCC103902") with respect to claims 6-7, 31-32, 36, 40-46, 53-56, and 64 of the '446 Patent; to Model #DCC1039033&4&5 ("DCC103903") with respect to claims 6-7, 31-33, 36, 40-47, 53-56, and 64 of the '446 Patent; to Model #DCC1910 ("DCC1910") with respect to claims 6-7, 31-33, 36, 40-47, 53-56, and 64 of the '446 Patent; to Model #DCC1811B ("DCC1811") with respect to claims 6-7, 31-32, 36, 40-46, 53-56, and 64 of the '446 Patent; and to Model #DCC1047054&5 ("DCC104705") with respect to claims 6-7, 31-33, 36-37, 40-47, 50, 53-57, and 64 (DCC002, DCC1800, DCC103902, DCC103903, DCC1910, DCC1811, and DCC104705 collectively referred to below as the "DOE Products"), except as follows:

- For purposes of the last element of claim 6, ~~DCC002 and the Petsfit Expandable Carrier~~the DOE Products have a front shade attached to the front panel below rather than above the front opening, and wherein a top side rather than a bottom side of the front shade is connected to the front panel with a zipper.  Yuntek contends that these products infringe this claim element under the doctrine of equivalents.

- For purposes of the fourth element of claim 7, ~~DCC002 and the Petsfit Expandable Carrier~~the DOE Products have a front shade attached to the front panel below rather than above the front opening.  Yuntek contends that these products infringe this claim element under the doctrine of equivalents.

- For purposes of the sixth element of claim 7, ~~DCC002 and the Petsfit Expandable Carrier~~the DOE Products have a front shade wherein a top side rather than a bottom side of the front shade is connected to the front panel with a zipper.  Yuntek contends that these products infringe this claim element under the doctrine of equivalents.

- For purposes of claims 34-35, DCC103903 has a side shade over the side mesh window, securable above the side mesh window by Velcro tabs, as shown on the left side of the diagram below from SUNNY_00017:



- For purposes of claims 34-35, DCC104705 has a side shade over the side mesh window, securable above the side mesh window by Velcro tabs, as shown on the left side of the diagram below from SUNNY_00668:



- For purposes of claim 37, the back panel of ~~the Petsfit Expandable Carrier~~DCC1800 has a back mesh window in the upper portion thereof as shown in the photo below from ~~the~~an Amazon listing:



- For purposes of claims 37-38, the back panel of DCC104705 has a back mesh window with a back shade, as shown on the right side of the diagram below from SUNNY_00668:

22



- For purposes of the fifth element of claim 41, ~~DCC002 and the Petsfit Expandable Carrier~~the DOE Products have a front shade attached to the front panel below rather than above the front opening, and wherein a top side rather than a bottom side of the front shade is connected to the front panel with a zipper.  Yuntek contends that these products infringe this claim element under the doctrine of equivalents.

- For purposes of claims 48-49, DCC103903 has a side shade over the side mesh window wherein the side shade comprises Velcro fasteners to secure the side shade above the side mesh window, as shown on the left side of the diagram below from SUNNY_00017:



- For purposes of claims 48-49, DCC104705 has a side shade over the side mesh window wherein the side shade comprises Velcro fasteners to secure the side shade above the side mesh window, as shown on the left side of the diagram below from SUNNY_00668:



23

- For purposes of claim 50, the back panel of ~~the Petsfit Expandable Carrier~~DCC1800 has a back mesh window in the upper portion thereof as shown in the photo on the preceding page from ~~the~~an Amazon listing.

- For purposes of claim 50, the back panel of DCC104705 has a back mesh window as shown in the diagram on the preceding page from SUNNY_00668.

- For purposes of the fourth element of claim 54, ~~DCC002 and the Petsfit Expandable Carrier~~the DOE Products have a front mesh shade attached to the front panel below rather than above the front opening, and wherein a top side rather than a bottom side of the front mesh shade is selectively engageable to the front panel with a zipper.  Yuntek contends that these products infringe this claim element under the doctrine of equivalents.

- For purposes of claims 59 and 61, DCC104705 has a side mesh window and a window in the back panel, each with a shade securable over the window using Velcro fasteners, as shown on the left and right sides of the diagram below from SUNNY_00668:



- Yuntek is continuing to investigate whether DCC103902 has side mesh windows for purposes of claims 33, 47, and 57 of the '446 Patent.

- Yuntek is continuing to investigate whether DCC103903, DCC1910, and DCC104705 have a second mesh window in the second side for purposes of claims 57, 58, and 60 of the '446 Patent.

- Yuntek is continuing to investigate whether DCC1910 has a mesh window in the back panel for purposes of claims 37 and 50 of the '446 Patent.

1    • Yuntek is continuing to investigate whether DCC1811 has side and/or rear mesh

2    windows and/or shades for purposes of claims 33-35, 37, 47-50, and 57-61 of the

3    '446 Patent.

4    Yuntek also continues to investigate whether Model #DHCA012033LN, DHCA012033N1,

5    DCC001810, and/or DCC002611 infringe one or more claims of the '446 Patent.

6    The following chart identifies specifically where and how each limitation of each asserted

7    claim identified in Section (a) above, if applicable, is found in Sunnypet's Model # DCC1047.

8    Yuntek does not contend that any claim limitation is governed by 35 U.S.C. § 112(6).

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **6.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet's Model #DCC1047 ("DCC1047") is a collapsible housing. Photo 1 below shows DCC1047 in its collapsed state; Photo 2 below shows DCC1047 in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. <br><br>   <br> (Photo 1)          (Photo 2) |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1047 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 below.  The main body forms a continuous structure.<br><br><br>(Photo 3 - annotated) |
| a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides such that, when arranged substantially perpendicular to the bottom side, said front panel and said back panel form a frame for said housing; and | Sunnypet product DCC1047 includes a front panel and a back panel, as shown in Photo 4 below.  The front and back panels are each joined by stitching to the main body on the bottom side.  The front and back panels are each selectively engageable with the first, second, and top sides via zippers.  When the front and back panels are arranged substantially perpendicular to the bottom side, and the zippers are at least partly closed, the front and back panels form a frame for the housing as shown in Photos 2 and 3 above. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| | <br>(Photo 4 - annotated) |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| wherein said housing is foldable such that: the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body; | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photo 5 below.  When disengaged (unzipped) from the main body, the front and back panels open in a direction parallel to a longest side of the main body, as further shown in Photo 5 below. |



(Photo 5)

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| the main body is collapsed so that the first, second, and top sides are collapsed on top of said bottom side; and | The housing of Sunnypet product DCC1047 is foldable such that the main body is collapsed so that the first, second, and top sides of the main body are collapsed on top of the bottom side of the main body, as shown in Photo 6 below.<br><br><br><br>(Photo 6) |
| the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other; | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body such that, after the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |
| wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet; | Sunnypet product DCC1047 has a front opening in the middle of the front panel that, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein the front opening is provided with a front shade made of mesh; | The front opening in the front panel of Sunnypet product DCC1047 has a front shade made of mesh, as shown, for example, in Photo 2 above. |
| wherein the front shade is attached to the front panel above the front opening; | The front shade of Sunnypet product DCC1047 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above. |
| and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers. | The front shade of Sunnypet product DCC1047 has a bottom side, a first side, and a second side that are connected to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |

29

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **7.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1047 is a collapsible housing.  Photo 1 above shows DCC1047 in its collapsed state; Photo 2 above shows DCC1047 in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |
| a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1047 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure. |
| a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides; | Sunnypet product DCC1047 includes a front panel and a back panel, as shown in Photo 4 above.  The front and back panels are each joined by stitching to the main body on the bottom side.  The front and back panels are each selectively engageable with the first, second, and top sides via zippers. |
| wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet; | Sunnypet product DCC1047 has a front opening in the middle of the front panel that, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein a front shade is attached to the front panel above the front opening; | A front shade of Sunnypet product DCC1047 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above. |
| wherein the front shade is mesh; | The front shade of Sunnypet product DCC1047 is made of mesh, as shown, for example, in Photo 2 above. |
| wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers; and | The front shade of Sunnypet product DCC1047 has a bottom side, a first side, and a second side that are connected to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| wherein said housing is foldable such that: the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body; | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photo 5 above.  When disengaged (unzipped) from the main body, the front and back panels open in a direction parallel to a longest side of the main body, as further shown in Photo 5 above. |
| the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side; and | The housing of Sunnypet product DCC1047 is foldable such that the main body is collapsed so that the first, second, and top sides of the main body are collapsed on top of the bottom side of the main body, as shown in Photo 6 above. |
| the front panel and back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other. | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body such that, after the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |
| **31.** The collapsible housing for accommodating a pet of claim 7, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The front panel of Sunnypet product DCC1047 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 2, 3, and 4 above. |
| **32.** The collapsible housing for accommodating a pet of claim 7, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The back panel of Sunnypet product DCC1047 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photo 4 above. |

PLAINTIFF YUNTEK ~~INTERNATIONAL~~ INT'L, INC.'S AMENDED DISCL. OF ASSERTED CLAIMS & INFR. CONTENTIONS
CASE NO. 4:20-CV-07201-JSW

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **33.** The collapsible housing for accommodating a pet of claim 7, wherein at least one of the first side and the second side has a side mesh window. | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window, as shown in Photos 7 and 8 below. (Photo 7)          (Photo 8) |
| **34.** The collapsible housing for accommodating a pet of claim 33 wherein the side mesh window has a side shade. | The side mesh windows in the first and second sides of Sunnypet product DCC1047 each have a side shade, as shown in Photos 7 and 8 above (with the side shades rolled up above the side mesh windows). |
| **35.** The collapsible housing for accommodating a pet of claim 34 wherein the side shade is securable above the side mesh window. | The side shades on the first and second sides of Sunnypet product DCC1047 are each securable above the respective side mesh window by means of Velcro.  The side shades are shown in their secured position in Photos 7 and 8 above. |
| **36.** The collapsible housing for accommodating a pet of claim 7, wherein the top side of the main body has a handle attached thereto. | The top side of Sunnypet product DCC1047 has a handle attached thereto, as shown, for example, in Photos 2, 3, 7, and 8 above. |
| **37.** The collapsible housing for accommodating a pet of claim 7, wherein the back panel has a back mesh window. | The back panel of Sunnypet product DCC1047 has a back mesh window, as shown in Photo 9 below. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| | (Photo 9) |
| **38.** The collapsible housing for accommodating a pet of claim 37, wherein the back mesh window has a back shade. | The back mesh window of Sunnypet product DCC1047 has a back shade, as shown in Photo 9 above (with the back shade rolled up above the back mesh window). |
| **40.** The collapsible housing for accommodating a pet of claim 7, further comprising a pad placed in the interior on the bottom side. | Sunnypet product DCC1047 is supplied with a pad placed, or for placement, in the interior on the bottom side, as shown in Photo 10 below.<br>(Photo 10) |
| **41.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1047 is a collapsible housing.  Photo 1 above shows 1047C in its collapsed state; Photo 2 above shows 1047C in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1047 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure and is collapsible, Photo 1 above showing DCC1047 in its collapsed state and Photo 2 above showing DCC1047 in its zippered/assembled state. |
| a front panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1047 includes a front panel, as shown, for example, in Photo 4 above.  The front panel is joined by stitching to the main body on the bottom side.  The front panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the front panel opens in a direction parallel to a longest side of the main body, as shown in Photo 5 above. |
| a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet; | Sunnypet product DCC1047 has a front opening in the middle of the front panel which, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped).  The size and shape of the opening accommodates entry and exit of a pet, as marketed by Sunnypet. |
| a back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1047 includes a back panel, as shown, for example, in Photo 4 above.  The back panel is joined by stitching to the main body on the bottom side.  The back panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the back panel opens in a direction parallel to a longest side of the main body, as shown in Photo 5 above. |
| wherein a front shade is attached to the front panel above the front opening and wherein a bottom side, a first side | A front shade of Sunnypet product DCC1047 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above.  The front shade of Sunnypet product DCC1047 has a bottom side, a first side, and a second side that are connected to the |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| and a second side of the front shade are connected to the front panel with one or more zippers; | front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |
| wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; and | The first, second, and top sides of Sunnypet product DCC1047 are designed to be engaged with the front panel and back panel via zippers, with the front and back panels positioned substantially perpendicular to the bottom side of the main body such that the front and back panels support the first, second, and top sides of the main body as shown, for example, in Photos 2 and 3 above. |
| wherein the housing is foldable such that, the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel. | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photos 5 and 6 above.  After the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |

35

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **42.** The collapsible housing for accommodating a pet of claim 41, wherein the front shade comprises mesh. | The front shade of Sunnypet product DCC1047 comprises mesh, as shown, for example, in Photo 2 above. |
| **43.** The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle attached thereto. | The top side of Sunnypet product DCC1047 has a handle attached thereto, as shown, for example, in Photos 2, 3, 7, and 8 above. |
| **44.** The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle sewn thereto. | The top side of Sunnypet product DCC1047 has a handle sewn thereto, as shown, for example, in Photos 2, 3, 7, and 8 above. |
| **45.** The collapsible housing for accommodating a pet of claim 41, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The front panel of Sunnypet product DCC1047 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photos 2, 3, and 4 above. |
| **46.** The collapsible housing for accommodating a pet of claim 41, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper. | The back panel of Sunnypet product DCC1047 is selectively engageable with the first, second, and top sides of the main body by a zipper, as shown, for example, in Photo 4 above. |
| **47.** The collapsible housing for accommodating a pet | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window, as shown in Photos 7 and 8 above. |

36

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| of claim 41, wherein at least one of the first side and the second side has a side mesh window. | |
| **48.** The collapsible housing for accommodating a pet of claim 47, wherein the side mesh window has a side shade. | The side mesh windows in the first and second sides of Sunnypet product DCC1047 each have a side shade, as shown in Photos 7 and 8 above (with the side shades rolled up above the side mesh windows). |
| **49.** The collapsible housing for accommodating a pet of claim 48, wherein the side shade comprises a fastener to secure the side shade above the side mesh window. | The side shades on the first and second sides of Sunnypet product DCC1047 each comprise Velcro fasteners to secure the side shade above the respective side mesh window.  The side shades are shown in their secured position in Photos 7 and 8 above. |
| **50.** The collapsible housing for accommodating a pet of claim 41, wherein the back panel has a back mesh window. | The back panel of Sunnypet product DCC1047 has a back mesh window, as shown in Photo 9 above. |
| **51.** The collapsible housing for accommodating a pet of claim 50, wherein the back mesh window has a back shade. | The back mesh window of Sunnypet product DCC1047 has a back shade, as shown in Photo 9 above (with the back shade rolled up above the back mesh window). |
| **53.** The collapsible housing for accommodating a pet of claim 41, further comprising a pad positioned inside the main body on top of the bottom side of the main body. | Sunnypet product DCC1047 is supplied with a pad positioned, or to be positioned, inside the main body on top of the bottom side of the main body, as shown in Photo 10 above. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **54.** A collapsible housing for accommodating a pet comprising: | To the extent the claim preamble is limiting, in whole or in part, Sunnypet product DCC1047 is a collapsible housing.  Photo 1 above shows DCC1047 in its collapsed state; Photo 2 above shows DCC1047 in its zippered/assembled state.  Sunnypet markets the product as being to accommodate a pet, a purpose for which the product is suitable due to its size, shape, enclosed mat, and other features. |
| a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure; | Sunnypet product DCC1047 includes a main body having a bottom side, a first (vertical) side, a second (vertical) side and a top side, as shown in Photo 3 above.  The main body forms a continuous structure and is collapsible, Photo 1 above showing DCC1047 in its collapsed state and Photo 2 above showing DCC1047 in its zippered/assembled state. |
| a front panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1047 includes a front panel, as shown, for example, in Photo 4 above.  The front panel is joined by stitching to the main body on the bottom side.  The front panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the front panel opens in a direction parallel to a longest side of the main body, as shown in Photo 5 above. |
| a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet; | Sunnypet product DCC1047 has a front opening in the middle of the front panel which, when unzipped, allows access to the collapsible housing, as shown, for example, in Photo 2 above (in which the front opening is zipped).  The size and shape of the opening accommodates entry and exit of a pet, as marketed by Sunnypet. |
| a front mesh shade attached to the front panel above the front opening wherein a bottom side, a first side and a second side of the front mesh shade are selectively engageable with one or | A front shade of Sunnypet product DCC1047 is attached by stitching to the front panel above the front opening, as shown, for example, in Photo 2 above.  The front shade is made of mesh and has a bottom side, a first side, and a second side that are selectively engageable to the front panel with a zipper, as shown, for example, in Photo 2 above (in which the front opening is zipped). |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| more zippers to the front panel; | |
| a back panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body; | Sunnypet product DCC1047 includes a back panel, as shown, for example, in Photo 4 above.  The back panel is joined by stitching to the main body on the bottom side.  The back panel is selectively engageable with the first, second, and top sides of the main body via a zipper.  When disengaged (unzipped) from the main body, the back panel opens in a direction parallel to a longest side of the main body, as shown in Photo 5 above. |
| wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and the back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; | The first, second, and top sides of Sunnypet product DCC1047 are designed to be engaged with the front panel and back panel via zippers, with the front and back panels positioned substantially perpendicular to the bottom side of the main body such that the front and back panels support the first, second, and top sides of the main body as shown, for example, in Photos 2 and 3 above. |
| wherein the collapsible housing is foldable such that the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and | The housing of Sunnypet product DCC1047 is foldable when the front and back panels are disengaged (unzipped) from the first, second, and top sides of the main body; for example, the first and second sides of the main body can then collapse inwards over the bottom side, and the top side can collapse downwards over the other three sides, as shown in Photos 5 and 6 above.  After the first, second, and top sides of the main body are collapsed on top of the bottom side, the front panel and the back panel can be folded over the collapsed main body, with one of the front panel and the back panel folded over the other, as shown in Photo 1 above. |

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel. | |
| **55.** The collapsible housing for accommodating a pet of claim 54, further comprising a handle attached to said top side of said main body. | The top side of Sunnypet product DCC1047 has a handle attached thereto, as shown, for example, in Photos 2, 3, 7, and 8 above. |
| **56.** The collapsible housing for accommodating a pet of claim 54, further comprising a handle sewn to the top side of the main body. | The top side of Sunnypet product DCC1047 has a handle sewn thereto, as shown, for example, in Photos 2, 3, 7, and 8 above. |
| **57.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; and a second mesh window in the second side. | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window, as shown in Photos 7 and 8 above. |
| **58.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the second side; a first shade securable over | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro, as shown in Photos 7 and 8 above (with the side shades rolled up and secured above the side mesh windows). |

40

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| the first mesh window; and a second shade securable over the second mesh window. | |
| **59.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the back panel; a first side shade securable over the first mesh window; and a second side shade securable over the second mesh window. | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro, as shown in Photos 7 and 8 above (with the side shades rolled up and secured above the side mesh windows).  In addition, the back panel has a back mesh window with a shade securable above the back mesh window by means of Velcro, as shown in Photo 9 above. |
| **60.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the second side; a first shade securable over the first mesh window; a second shade securable over the second mesh window; a first fastener for holding open the first mesh window; and a second fastener for holding open the second mesh window. | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro fasteners, as shown in Photos 7 and 8 above (with the side shades rolled up and secured in a held-open position above the side mesh windows). |

41

| Claim Element | Where Element Is Found in Sunnypet Model #DCC1047 |
|---|---|
| **61.** The collapsible housing for accommodating a pet of claim 54, further comprising: a first mesh window in the first side; a second mesh window in the back panel; a first side shade securable over the first mesh window; a second side shade securable over the second mesh window; a first fastener for holding open the first mesh window; and a second fastener for holding open the second mesh window. | The first side and the second side of Sunnypet product DCC1047 each have a side mesh window with a side shade securable above the respective side mesh window by means of Velcro, as shown in Photos 7 and 8 above (with the side shades rolled up and secured above the side mesh windows).  In addition, the back panel has a back mesh window with a shade securable above the back mesh window by means of Velcro, as shown in Photo 9 above. |
| **64.** The collapsible housing for accommodating a pet of claim 54, further comprising a pad placed inside the housing covering the bottom side of said main body. | Sunnypet product DCC1047 is supplied with a pad placed, or to be placed, inside the housing covering the bottom side of the main body, as shown in Photo 10 above. |
| **65.** The collapsible housing for accommodating a pet of claim 54, further comprising a fastener for holding open the front mesh shade. | The front mesh shade of Sunnypet product DCC1047 comprises Velcro fasteners for holding open the front mesh shade, as shown, for example, in Photos 2 and 3 above. |

**(d)      For each claim which is alleged to have been indirectly infringed, an identification of any direct infringement and a description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement. Insofar as alleged direct infringement is based on joint acts of multiple parties, the role of each such party in the direct infringement must be described.**

Yuntek is informed and believes that Sunnypet has sold the accused products to customers in the United States, each of whom is a direct infringer through use, offer for sale, sale, and/or importation of the accused products. Further, in at least some cases, Sunnypet's U.S. customers and/or its customers' customers have been distributors or retailers, including, but not limited to, K&H Manufacturing, Amazon, Petsfit Inc., Costco Wholesale, Bed Bath & Beyond, Walmart, and Chewy.com. In those instances, Sunnypet sold the accused products to its customers expecting that the products would ultimately be sold to end customers who would use the products in an infringing manner. Yuntek does not know the end user customers' identities, but reserves the right to learn their identities through discovery in this action. Sunnypet's acts of inducement with respect to end users include posting or facilitating the posting of product photos, information, and instructions on Sunnypet's website, amazon.com, and/or other websites, and including written instructions and diagrams with shipped products. On information and belief, Sunnypet's acts of inducement with respect to distributors and retailers include communications acknowledging and encouraging the importation, offer for sale, and sale of the accused products in the United States. Yuntek reserves the right to identify additional acts of inducement by Sunnypet through its continuing investigation and discovery in this action. At this time, Yuntek does not know which of the Defendants is responsible for which acts of inducement, but it reserves the right to investigate that issue through discovery in this action.

**(e)      Whether each limitation of each asserted claim is alleged to be literally present or present under the doctrine of equivalents in the Accused Instrumentality.**

Yuntek alleges that each limitation of each asserted claim is literally present in each accused product, except as specified above in Section (c). To the extent Sunnypet alleges, or it is found, that any claim limitation is not literally present in any accused product, Yuntek alleges in the alternative that the claim limitation is present under the doctrine of equivalents.

**(f)      For any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled.**

43

Yuntek alleges that the '446 Patent claims priority to November 9, 2001, the date of a corresponding Chinese patent application.

**(g)**    **If a party claiming patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own or its licensee's apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party shall identify, separately for each asserted claim, each such apparatus, product, device, process, method, act, or other instrumentality that incorporates or reflects that particular claim.**

Yuntek hereby identifies the Petmate® Pet Home™ products sold by Yuntek's licensee, Doskocil Manufacturing Company, Inc., including under any prior name.  Yuntek alleges that these products practice the claimed inventions of at least claims 6-7 and 31-65 of the '446 Patent.

**(h)**    **Identify the timing of the point of first infringement, the start of claimed damages, and the end of claimed damages.**

Yuntek does know the date of first infringement by Sunnypet and reserves the right to learn that information through discovery in this action.  Based on information provided by Sunnypet, however, Yuntek is informed and believes that Sunnypet's infringement dates back to at least October 15, 2014, and alleges that the damages period commenced on that date.  Yuntek is informed and believes that Sunnypet is continuing to sell the accused products and, therefore, the damages period has not come to an end but rather damages are continuing to accrue.

**(i)**    **If a party claiming patent infringement alleges willful infringement, the basis for such allegation.**

Yuntek alleges that Sunnypet's infringement has been willful since at least January 2015, when Yuntek received the first of several written and telephonic communications from Jeff Lee of LT Pacific Law Group LLP on behalf of Sunnypet.  Yuntek had contacted Sunnypet's customer in the U.S., K&H Manufacturing, to inform K&H that it was infringing the '446 Patent through the sale of products called Classy Go and Comfy Go.  Mr. Lee acknowledged Sunnypet's awareness of the '446 Patent and infringement allegations as to the products it was supplying to K&H for sale in the U.S.  Mr. Lee did not deny that the accused products infringed but instead sought a settlement.  K&H likewise did not deny infringement initially but instead offered to pay a 7% royalty to Yuntek on its sales of the accused products.  In a February 9, 2021 letter to Yuntek, Mr. Lee asserted that had had "worked with" Sunnypet "to make sure that our products will be outside

44

1    of the claim scope of the 446 Patent," but he did not explain the purported design-around other

2    than to make a vague reference to the "folding mechanism" claimed by the '446 Patent.  During

3    the settlement conference in this case, Sunnypet's counsel stated that Sunnypet changed the way

4    the accused products were folded for shipping in an alleged effort to avoid infringement.  Any

5    such change did not, however, either avoid infringement or give Sunnypet a reasonable and good

6    faith belief that it was avoiding infringement because the patent claims require only that a product

7    be "foldable" as claimed, not actually folded that way for shipment.

8          Later in 2015, K&H represented that it would stop selling the accused products and thus

9    Yuntek believed that the infringement had come to an end.  On information and belief, Sunnypet

10   was aware of Yuntek's ongoing discussions with K&H throughout 2015 and into 2016 reiterating

11   its infringement allegations and seeking compensation for past infringement.  Yuntek does not

12   recall being contacted by Sunnypet again after February 9, 2015.

13         In 2018, Yuntek learned that Sunnypet was selling infringing products in the United States

14   under its own name.  Yuntek did not remember that Sunnypet had been K&H's supplier.  On June

15   26, 2018, the date when Yuntek first sent an email to Sunnypet about Sunnypet's infringement of

16   the '446 Patent.  Sunnypet promptly acknowledged receipt of the email but did not stop selling the

17   accused products and, on information and belief, began selling additional infringing products after

18   that date.  On or about September 3, 2018, Sunnypet sent an email identifying alleged differences

19   between one of its products and the '446 Patent, but the alleged differences are irrelevant to

20   infringement and do not provide a basis for a reasonable, good faith belief in non-infringement.

21   Moreover, some of the purported differences do not apply to all of the accused products.  At no

22   time in 2018 did Sunnypet make reference to the prior infringement discussions in 2015, assert

23   that it had changed its product folding mechanism in 2015, or identify the folding mechanism as a

24   basis to assert non-infringement of the '446 Patent.

25         Sunnypet has also continued to sell the accused products since the filing of the Complaint

26   in this action without ever identifying a reasonable and good faith non-infringement, invalidity, or

27   unenforceability argument.  Sunnypet's original Answer and Counterclaims asserted boilerplate

28   non-infringement, invalidity, and unenforceability defenses and counterclaims without alleging

45

1   any supporting facts, forcing Yuntek to file a Motion to Dismiss the invalidity/unenforceability

2   counterclaims.  Sunnypet's Answer to the First Amended Complaint and revised Counterclaims

3   included~~s~~ no unenforceability allegations and continued~~s~~ to provide no detail as to Sunnypet's

4   invalidity defense and counterclaim, except for a reference to a single alleged prior art reference

5   that ~~does~~did not support a reasonable, good faith invalidity defense.  Sunnypet subsequently filed

6   an Amended Answer to the First Amended Complaint and a further revised invalidity

7   counterclaim in which it still did not assert unenforceability, omitted the prior art reference

8   identified in its prior pleading, and identified new prior art references that do not support a

9   reasonable invalidity defense.  ~~To date,~~

10          Despite Yuntek's reasonable and good faith efforts to reach a settlement with Sunnypet

11   early in these proceedings, Sunnypet ~~has~~ refused to ~~produce~~provide all of the sales documentation

12   requested by Yuntek related to the accused products or to state whether it has sold other products

13   with the same patented features.  Sunnypet only provided that information later in the case in

14   response to formal discovery requests.

15          Yuntek further identifies below the documents it ~~is producing herewith~~has produced

16   pursuant to Patent L.R. 3-2.  Yuntek ~~will produce~~produced some of these documents as

17   Confidential or Highly Confidential – Attorney's Eyes Only pursuant to the protective order that

18   applies pursuant to Patent L.R. 2-2.

19   **(a)   Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing**
       **materials, offer letters, beta site testing agreements, and third party or joint**
20       **development agreements) sufficient to evidence each discussion with, disclosure to, or**
       **other manner of providing to a third party, or sale of or offer to sell, or any public**
21       **use of, the claimed invention prior to the date of application for the patent in suit. A**
       **party's production of a document as required herein shall not constitute an admission**
22       **that such document evidences or is prior art under 35 U.S.C. § 102.**

23          Yuntek is aware of no responsive documents in its possession, custody, or control.

24   **(b)   All documents evidencing the conception, reduction to practice, design, and**
       **development of each claimed invention, which were created on or before the date of**
25       **application for the patent in suit or the priority date identified pursuant to Patent**
       **L.R. 3-1(f), whichever is earlier.**

26

27

28
                                              46

1    Yuntek ~~will produce concurrently herewith~~has produced a copy of the Chinese patent

2 application to which the '446 Patent claims priority, plus the corresponding Chinese patent. *See*

3 YUNTEK-SP 000001-000023.

4 **(c)    A copy of the file history for each patent in suit.**

5    Yuntek ~~will produce concurrently herewith~~has produced a copy of the file history for the

6 '446 Patent from the USPTO website~~. *See*~~, YUNTEK-SP 000024-000147~~.  Yuntek has ordered an~~

7 ~~official, and a certified~~ copy of the file history subsequently received from the USPTO ~~and will~~

8 ~~produce a copy upon receipt~~, YUNTEK-SP 0000188-352.

9 **(d)    All documents evidencing ownership of the patent rights by the party asserting patent
          infringement.**

10

11    Yuntek ~~will produce concurrently herewith~~has produced a copy of the assignment by

12 which all rights in the '446 Patent were assigned by David Chou, the sole inventor, to Yuntek. *See*

13 YUNTEK-SP 000148-000150.

14 **(e)    If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents
          sufficient to show the operation of any aspects or elements of such instrumentalities
          the patent claimant relies upon as embodying any asserted claims.**

15

16    Yuntek ~~will produce concurrently herewith~~has produced photographs of the products

17 identified above pursuant to Patent L.R. 3-1(g), showing certain structural elements and

18 operational instructions. *See* YUNTEK-SP 000151-000155.  Yuntek will also, upon request,

19 make a product sample available for inspection by Sunnypet's counsel at the offices of Yuntek's

20 counsel at a mutually agreeable date and time.  Yuntek also directs Sunnypet to product photos,

21 videos, descriptions, and instructions that are available online, including, but not limited to, at the

22 following URLs:

23    https://www.overstock.com/Pet-Supplies/Dog-Crates/31272/subcat.html?featuredproduct=12079055&featuredoption=19362743&kid=9553000357392&ci_src=17588969&ci_sku=18945163-000-004&cnc=US

24

25    https://www.chewy.com/petmate-single-door-collapsible-soft/dp/53453?utm_source=google-product&utm_medium=organic&utm_campaign=hg&utm_content=Petmate&utm_term=%7Bkeyword%7D

26

27 **(f)    All agreements, including licenses, transferring an interest in any patent-in-suit.**

28

47

Yuntek ~~will produce concurrently herewith a copy~~has produced copies of the ~~sole~~only written ~~agreement~~agreements containing ~~any~~limited license ~~provisions with respect~~ to the '446 Patent.  *See* YUNTEK-SP 000156-000168 ~~(and YUNTEK-SP 001065-001072 (each~~ designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY).  Yuntek has also licensed an authorized seller of patent products, but the license is not memorialized in a written agreement.

**(g)   All agreements that the party asserting infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation.**

Yuntek ~~will produce concurrently herewith~~has produced a copy of its written settlement agreements with past infringers of the '446 Patent.  *See* YUNTEK-SP 000156-000174 ~~(,~~ ~~YUNTEK-SP 001065-001072, and YUNTEK-SP 0001073-1077 (each~~ designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY) and YUNTEK-SP 000175-180 (designated CONFIDENTIAL).  Yuntek reserves the right to produce additional responsive documents that it may obtain pursuant to its continuing investigation and discovery in this action.

**(h)   All agreements that otherwise may be used to support the party asserting infringement's damages case.**

Yuntek is aware of no responsive documents in its possession, custody, or control other than those described above.  Yuntek reserves the right to produce additional responsive documents that it may obtain pursuant to its continuing investigation and discovery in this action.

**(i)   If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show marking of such embodying accused instrumentalities and if it wants to preserve the right to recover lost profits based on such products, sales, revenues, costs and profits of such embodying accused instrumentalities.**

Yuntek ~~will produce concurrently herewith~~has produced a copy of documents and photos sufficient to show marking of the products identified above pursuant to Patent L.R. 3-1(g).  *See* YUNTEK-SP 000152, YUNTEK-SP 000181-000187.  Yuntek does not intend to seek an award of lost profits, but instead will pursue reasonable royalty damages.

**(j)   All documents comprising or reflecting a F/RAND commitment or agreement with respect to the asserted patent(s).**

Yuntek is aware of no responsive documents in its possession, custody, or control.

48

PLAINTIFF YUNTEK ~~INTERNATIONAL~~INT'L, INC.'S ~~AMENDED~~ DISCL. OF ASSERTED CLAIMS & INFR.
CONTENTIONS
CASE NO. 4:20-CV-07201-JSW

1   Dated:  ~~May 21,~~_____, 2021    RIMON, P.C.

2

3                                        By:  */s/ Matthew H. Poppe*
                                             _____
4                                             Matthew H. Poppe

5                                             Attorneys for Plaintiff YUNTEK
                                              INTERNATIONAL, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF YUNTEK ~~INTERNATIONAL~~INT'L, INC.'S AMENDED DISCL. OF ASSERTED CLAIMS & INFR.
CONTENTIONS
CASE NO. 4:20-CV-07201-JSW

1

**PROOF OF SERVICE**

2

I, Matthew H. Poppe, am over the age of 18 and not a party to this action.  My place of

3

business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA  94025.  On ~~May~~

4

~~21,~~_____, 2021**,** I served the following attached document(s):

5

    **1.**     **PLAINTIFF YUNTEK INTERNATIONAL, INC.'S <span style="color:red">AMENDED</span>**

6

        **DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT
        CONTENTIONS PURSUANT TO PATENT L.R. 3-1 ~~AND DOCUMENT~~**

7

        ~~**PRODUCTION PURSUANT TO PATENT L.R. 3-2**~~

8

on the person(s) listed below in the following manner/s:

9

    ☒     **BY ELECTRONIC MAIL.**  I sent the person(s) below copies of the
        document(s) via electronic mail at the email address(es) below.

10

11

**Robert E. Aycock**
**William Chadwick**

12

**Kimball Anderson**
**649 E. South Temple, Floor 2**

13

**Salt Lake City, UT 84102**
**Telephone:  801.359.3333**

14

**Email:  robert@kimballanderson.com**

15

**Jen-Feng Lee**

16

**LT Pacific Law Group LLP**
**17800 Castleton Street, Suite 560**

17

**City of Industry, CA 91748**
**Telephone:  626.810.7200**

18

**Email:  jflee@ltpacificlaw.com**

19

I declare under penalty of perjury under the laws of the State of California and the United

20

States of America that the foregoing is true and correct.

21

22

DATED:  ~~May 21,~~_____, 2021  */s/ Matthew H. Poppe*
                         Matthew H. Poppe

23

24

25

26

27

28

PLAINTIFF YUNTEK ~~INTERNATIONAL~~<span style="color:red">INT'L</span>, INC.'S <span style="color:red">AMENDED</span> DISCL. OF ASSERTED CLAIMS & INFR. CONTENTIONS
CASE NO. 4:20-CV-07201-JSW