Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert E. Aycock (Admitted *pro hac vice*)
robert@kimballanderson.com
William B. Chadwick (Admitted *pro hac vice*)
will@kimballanderson.com
**Kimball Anderson**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
T: 801-359-3333
F: 801-326-4526

Attorneys for Defendants
XIAMEN JXD ELECTRONIC COMMERCE CO. LTD.,
XIAMEN SUNNYPET PRODUCTS CO. LTD., and
PETSFIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC.,<br><br>        Defendants. | Case No. 4:20-cv-07201-JSW<br><br>[~~PROPOSED~~] **ORDER ACCEPTING THE PARTIES' NOTICE OF COMPLIANCE WITH COURT'S ORDER DKT NO. 76**<br><br>Judge: Hon. Jeffrey S. White<br>Magistrate: Hon. Robert M. Illman |

Having considered the parties agreement as to the resolution of Defendants' Motion to Strike (Dkt. 75) and in compliance with the Court's Order dated October 4, 2021 (Dkt. 76), the Court hereby GRANTS the parties' proposal.

It is ORDERED that:

- Defendants are permitted to file an additional brief in response to Plaintiff's Reply Claim Construction Brief (Dkt. 72) for the term "front opening" to address the revision in Yuntek's proposed construction of that term in its reply brief ("Defendants' Additional Brief"). Defendants' Additional Brief will be limited to no more than three pages of arguments and will be filed within seven calendar days from entry of this Order.

- Plaintiff is permitted to file a response to Defendants' Additional Brief limited to no more than one and a half pages of arguments to be filed within seven calendar days from the filing of Defendants' Additional Brief.

IT IS SO ORDERED.

Dated: October 13, 2021

_____
The Honorable Robert M. Illman
United States Magistrate Judge