1  Matthew H. Poppe (SBN 177854)
   matthew.poppe@rimonlaw.com
2  RIMON, P.C.
3  800 Oak Grove Avenue, Suite 250
   Menlo Park, California 94025
4  Telephone: 650.461.4433
   Facsimile: 650.461.4433
5
6  Attorneys for Plaintiff
   YUNTEK INTERNATIONAL, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | YUNTEK INTERNATIONAL, INC.,                    | Case No. 4:20-cv-07201-JSW
13 |         Plaintiff,                             | [~~PROPOSED~~] ORDER GRANTING STIPULATION
14 |    v.                                          |
15 | XIAMEN JXD ELECTRONIC                          | Judge:  Hon. Jeffrey S. White
   | COMMERCE CO., LTD., XIAMEN                     | Magistrate: Hon. Robert M. Illman
16 | SUNNYPET PRODUCTS CO., LTD., and               |
   | PETSFIT INC.,                                  |
17 |                                                |
   |         Defendants.                            |
18

Having considered the parties' stipulation in their Joint Stipulation and Letter Brief Pursuant to Order to Meet and Confer [Dkt. No. 81], the Court hereby GRANTS the parties' proposal.

It is ORDERED that:

- The term "front opening" in asserted claims 6, 7, 41, and 54 of the '446 Patent shall be given its plain and ordinary meaning.
- Defendants will not file an additional 3-page brief regarding the "front opening" term as previously stipulated and ordered (Dkt. 78).
- Plaintiff will not file a 1.5 page response to Defendants' additional brief as previously stipulated and ordered (Dkt. 78).
- No later than October 22, 2021, the parties shall file an amended version of their Final Joint Claim Construction and Prehearing Statement, Dkt. 70, to reflect their agreement on the construction of "front opening" and for no other purpose.

IT IS SO ORDERED.

Dated:  October 19, 2021

_____
The Honorable Robert M. Illman
United States Magistrate Judge