UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., et al.,<br><br>    Defendants. | Case No. 20-cv-07201-JSW<br><br>**ORDER OF REFERRAL FOR REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 93 |

On January 28, 2022, Yuntek International, Inc. filed a motion to strike in part Defendants' responsive damages contentions and set the motion to be heard on March 4, 2022.

The Court HEREBY VACATES the hearing set for March 4, 2022, and it HEREBY REFERS the motion to Magistrate Judge Illman to prepare a Report and Recommendation on the motion. *See* N.D. Civ. Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: February 1, 2022

JEFFREY S. WHITE
United States District Judge