Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert E. Aycock (Admitted *pro hac vice*)
robert@kimballanderson.com
William B. Chadwick (Admitted *pro hac vice*)
will@kimballanderson.com
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
T: 801-359-3333
F: 801-326-4526

Attorneys for Defendants
XIAMEN JXD ELECTRONIC COMMERCE CO. LTD.,
XIAMEN SUNNYPET PRODUCTS CO. LTD., and
PETSFIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., | Case No. 4:20-cv-07201-JSW |
| Plaintiff, | **STIPULATION TO FURTHER EXTEND EXPERT DEADLINES;** ~~DECLARATION OF ROBERT E. AYCOCK IN SUPPORT;~~ **[**~~PROPOSED~~**] ORDER** |
| v. | |
| XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC., | |
| Defendants. | |

In accordance with Civil Local Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to extend pending expert deadlines shown below by approximately three weeks or to such other dates as the Court may set, based on the following facts set forth in the Declaration of Robert E. Aycock. The Court has not set any other pending dates, including dates for dispositive motions, pretrial filings, a pretrial conference, or trial and has not held a claim construction hearing.  Granting the present stipulation therefore will not have any effect on any such pending dates, though Yuntek intends to ask the Court to schedule a Case Management Conference in the near future to schedule such dates and address certain related issues.

WHEREAS, counsel for Defendants is engaged in and preparing for a two week trial with jury selection beginning on February 28, 2022. Additional pretrial issues in that case have arisen requiring unanticipated briefing and other events that need to be addressed before the start of trial. Accordingly, Defendants asked Yuntek to agree to the extension requested herein, and have represented that Defendants' counsel is not presently aware of any other scheduling conflicts that will require further extensions of the schedule for expert reports and expert discovery; and

WHEREAS, Yuntek seeks to have this case proceed expeditiously to trial, but has agreed to Defendants' requested extension as a courtesy to accommodate their counsel's other trial;

NOW, THEREFORE, the parties hereby STIPULATE, by and through their respective counsel of record, subject to approval by the Court, as follows:

That the following proposed New Deadlines for expert discovery be adopted:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Claim Construction Hearing | Previously scheduled for October 7, 2021, but taken off calendar by the Court and not rescheduled | At the Court's earliest convenience |
| Close of fact discovery[1] | January 28, 2022 | n/a |
| Opening Expert Reports | February 18, 2022 | March 11, 2022 |
| Rebuttal Expert Reports | March 11, 2022 | April 1, 2022 |
| Close of Expert Discovery | April 1, 2022 | April 22, 2022 |

---

[1] Subject to exceptions stated in previous orders.  *See* Dkt Nos. 88, 90.

1

There are currently no other pending dates, including dates for dispositive motions, pretrial filings, a pretrial conference, or trial and has not held a claim construction hearing that will be affected by these new dates.

IT IS SO STIPULATED.

Dated: February 14, 2022                    KIMBALL ANDERSON

By: */s/Robert E. Aycock*
Robert E. Aycock
William Chadwick

LT Pacific Law Group, LLP
Jen-Feng Lee

Attorneys for Defendants XIAMEN JXD ELECTRONIC COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC.

Dated: February 14, 2022                    RIMON, P.C.

By: */s/ Matthew H. Poppe*
Matthew H. Poppe
Attorneys for Plaintiff, YUNTEK INTERNATIONAL, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___February 14___, 2022

_____
United States District Judge