RIMON, P.C.
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Plaintiff
YUNTEK INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>XIAMEN JXD ELECTRONIC COMMERCE CO., LTD.; XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC., <br><br>Defendants. | Case No. 4:20-cv-07201-JSW <br><br>**STIPULATION TO FURTHER EXTEND EXPERT REPORTS AND DISCOVERY; DECLARATION OF MATTHEW H. POPPE IN SUPPORT; [~~PROPOSED~~] ORDER** |

WHEREAS, the Court recently rescheduled the *Markman* hearing in this patent case for May 26, 2022 and stated that "[t]he Court shall set a further case management conference on shortened time in its *Markman* order and will then set trial and pretrial dates," Dkt. No. 112;

WHEREAS, after further discussions, the parties agree that the remaining expert report and discovery process will proceed more efficiently after the issuance of a *Markman* order, to the mutual benefit of the parties and the Court, with no effect on other pending deadlines and likely little or no effect on the eventual pretrial and trial dates, whereas otherwise there may be a need for supplemental expert reports and/or expert re-depositions after a *Markman* order issues, with the potential for related disputes between the parties; and

WHEREAS, the parties regret any inconvenience to the Court from presenting multiple stipulations related to the deadlines addressed herein;

NOW, THEREFORE, in accordance with Civil Local Rules 6-2 and 7-12, Plaintiff Yuntek International, Inc. and Defendants Xiamen JXD Electronic Commerce Co., Ltd., Xiamen Sunnypet Products Co., Ltd., and Petsfit Inc. hereby STIPULATE, subject to the approval of the Court, as follows:

(1) The present deadlines set in Dkt. No. 114 for expert rebuttal reports (April 8, 2022) and expert discovery (May 13, 2022) shall be vacated;

(2) The Court shall set new deadlines for expert rebuttal reports and expert discovery in connection with the case management conference that the Court has stated it will conduct after issuing a *Markman* order; and

(3) Any other pending dates/deadlines shall be unchanged.

IT IS SO STIPULATED.

Dated: April 1, 2022                                RIMON, P.C.

By: */s/ Matthew H. Poppe*
Matthew H. Poppe
Attorneys for Plaintiff YUNTEK INT'L INC.

Dated: April 1, 2022                                KIMBALL ANDERSON

By: */s/ Robert E. Aycock*
Robert E. Aycock
Attorneys for Defendants XIAMEN JXD ELEC. COMMERCE CO., LTD., XIAMEN SUNNYPET PRODUCTS CO., LTD., and PETSFIT INC.

**DECLARATION OF MATTHEW H. POPPE**

I, Matthew H. Poppe, declare:

1. I am an attorney licensed to practice in the State of California, a partner at the law firm of Rimon, P.C., and counsel of record for Plaintiff Yuntek International, Inc. ("Yuntek") in this action. I make this declaration based on personal knowledge and, if called as a witness, would and could testify competently to the facts stated herein.

2. Previously, no case deadlines set by the Court have been altered except as follows:

- On December 21, 2020, the Court issued an Order Granting Stipulation to Extend All Deadlines, Including Case Management Conference. Dkt. No. 15. The parties had requested that the initial case deadlines be extended by approximately 60 days to allow for early settlement discussions. Dkt. No. 14.

- On March 5, 2021, the Court issued an Order Granting Stipulation to Extend All Deadlines, Including Case Management Conference. Dkt. No. 19. The parties had requested that the remaining initial case deadlines be extended by another 4 weeks to allow for continued early settlement discussions. Dkt. No. 18.

- On July 29, 2021, the Court issued an Order Granting Stipulation to Extend Case Deadlines. Dkt. No. 54. The parties had requested that pending case deadlines be adjusted by approximately 1-2 weeks "[d]ue to issues that have arisen since the Court entered the Case Management Order, including certain medical issues and other unexpected events in counsel for Defendants' other cases." Dkt. No. 53.

- On September 7, 2021, the Court issued an ECF notice canceling the Claims Construction Hearing that had been scheduled for October 7, 2021 at 2:00 p.m. The Court has not stated whether or when the hearing will be reset.

- On October 13, 2021, the Court issued an Order Granting Stipulation to Extend Fact Discovery and Expert Deadlines. Dkt. No. 80. The parties had requested that pending case deadlines for completion of fact and expert discovery be adjusted by approximately 60 days, in part due to COVID-related travel restrictions that made Defendants' representative unable to travel outside China for his deposition.

- On December 20, 2021, the Court issued an Order granting a Stipulation Regarding Schedule for Discovery and Disclosure Issues Related to Reliance on Advice of Counsel. Dkt. No. 88. The parties sought to schedule certain discovery and related meet-and-confer discussions so that they could be conducted more efficiently in connection with a disclosure deadline under Patent Local Rule 3-7 that will not occur until after the close of fact discovery.

- On January 3, 2022, the Court issued an Order extending the fact discovery deadline from December 23, 2021 to January 28, 2022 for limited purposes stated therein, and extending the deadlines for expert reports and expert discovery accordingly. Dkt. No. 90.

- On February 15, 2022, the Court issued an Order further extending the deadlines for expert reports and expert discovery by about three weeks to accommodate Defendants' counsel's trial in another matter. Dkt. No. 98.

- On March 29, 2022, the Court issued an Order further extending the deadlines for rebuttal expert reports and expert discovery to April 8, 2022 and May 13, 2022, respectively, in view of the Court's scheduling of a *Markman* hearing and stated plan to set pretrial and trial dates after issuing a *Markman* order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of April, 2022 in Woodside, California.

/s/ Matthew H. Poppe
Matthew H. Poppe

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 1, 2022

_____
United States District Judge