Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT PACIFIC LAW GROUP, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert E. Aycock (Admitted *pro hac vice*)
robert@kimballanderson.com
William B. Chadwick (Admitted *pro hac vice*)
will@kimballanderson.com
**KIMBALL ANDERSON**
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
T: 801-359-3333
F: 801-326-4526

Attorneys for Defendants
XIAMEN JXD ELECTRONIC COMMERCE CO. LTD.,
XIAMEN SUNNYPET PRODUCTS CO. LTD., and
PETSFIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., | Case No. 4:20-cv-07201-JSW |
| Plaintiff, | **JOINT STATEMENT CONSENTING TO ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT CONFERENCE AND REQUEST TO DEFER CASE DEADLINES; DECLARATION OF ROBERT E. AYCOCK IN SUPPORT; [PROPOSED] ORDER** |
| v. | |
| XIAMEN JXD ELECTRONIC COMMERCE CO., LTD. and XIAMEN SUNNYPET PRODUCTS CO., LTD., | |
| Defendants. | |

1

In accordance with Civil Local Rule 7-12, Plaintiff Yuntek International, Inc. ("Yuntek" or "Plaintiff") and Defendants Xiamen JXD Electronic Commerce Co., Ltd., Xiamen Sunnypet Products Co., Ltd., and Petsfit, Inc. (collectively, "Sunnypet" or "Defendants") (collectively, the "Parties") jointly submit this Joint Statement Consenting to Assignment to Magistrate Judge for Settlement Conference and Request to Defer Case Deadlines.

WHEREAS, in view of the current state of the litigation, including the Court's recent claim construction order and the disclosure of the parties' opening expert reports, the Parties believe that an additional mediation conference with Magistrate Judge Westmore may prove beneficial in resolving this litigation.

WHEREAS, the Parties also believe that staying the current case deadlines, including the preparation and filing of the Joint Case Management Statement this week and holding the Case Management Conference next week, would further facilitate and help the parties attempt to settle this case.  There are currently no other pending dates, including dates for dispositive motions, pretrial filings, a pretrial conference, or trial that will be affected by these new dates as dates for these and other pretrial events would be set at next week's Case Management Conference.

NOW, THEREFORE, the Parties hereby STIPULATE, by and through their respective counsel of record, subject to approval of the Court, as follows:

1.      **Settlement Conference**.  The Parties request that the Court enter an order to assign this case for a settlement conference to be held with Magistrate Judge Westmore at Magistrate Judge Westmore's soonest available date.

2.      **Pending Deadlines.**  In order to preserve the resources of the parties and the Court, the Parties jointly request that pending deadlines in this case, including the filing of the Joint Case Management Report (due on July 15, 2022), the Case Management Conference (set for July 22, 2022), and the briefing on Yuntek's Motion to Strike in Part Defendants' Invalidity Expert Report [Dkt. # 134], be deferred pending the outcome of the settlement conference with Magistrate Judge Westmore.

JOINT STMNT. CONSENTING TO ASSIGNMENT TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND REQUEST TO DEFER CASE DEADLINES; DEC. OF R. AYCOCK; [PROPOSED] ORDER

1    Dated: July 14, 2022                 KIMBALL ANDERSON

2

3                              By: */s/ Robert E Aycock*
                                 Robert E. Aycock

4                                  William B. Chadwick

5                                  LT PACIFIC LAW GROUP, LLP
                                 Jen-Feng Lee

6                                  *Attorneys for Defendants XIAMEN JXD*

7                                  *ELECTRONIC COMMERCE CO., LTD., XIAMEN*
                                 *SUNNYPET PRODUCTS CO., LTD., and PETSFIT*

8                                  *INC.*

9

10   Dated: July 14, 2022                RIMON, P.C.

11

12                                  By: */s/ Matthew H. Poppe*
                                 Matthew H. Poppe

13

14                                  *Attorneys for Plaintiff YUNTEK*
                                 *INTERNATIONAL, INC.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STMNT. CONSENTING TO ASSIGNMENT TO MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE AND REQUEST TO DEFER CASE DEADLINES; DEC. OF R. AYCOCK; [~~PROPOSED~~] ORDER

1          [PROPOSED] ORDER

2          The above JOINT STATEMENT CONSENTING TO ASSIGNMENT TO MAGISTRATE

3   FOR SETTLEMENT CONFERENCE AND REQUEST TO DEFER CASE DEADLINES is

4   approved for this case and all parties shall comply with its provisions.  This matter shall be assigned

5   to Magistrate Judge Westmore to preside over a settlement conference.  All pending deadlines in

6   the existing Case Management Order are hereby DEFERRED pending the results of the settlement

7   conference.

8          IT IS SO ORDERED.

9   Dated:   _____July 14_____, 2022

10

11                                                    By:   _____

12                                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STMNT. CONSENTING TO ASSIGNMENT TO MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE AND REQUEST TO DEFER CASE DEADLINES; DEC. OF R. AYCOCK; [PROPOSED] ORDER