# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** 8/26/2022 | **Time:** 1:00pm – 5:35pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 20-cv-07201-JSW (KAW) | **Case Name:** Yuntek International, Inc. v. Xiamen JXD Electronic Commerce Co., Ltd. | |

**For Plaintiff and Counter-Defendant:** Matthew Poppe with David Chou

**For Defendants and Counterclaimants:**
Goklap Bayramoglu, Robert Aycock, and Jeff Lee, with Defendant Roger Lu

**Deputy Clerk:** William F. Tabunut          **Court Reporter:**

## PROCEEDINGS

Settlement conference held via Zoom, matter reported not settled. Further negotiations between the parties will continue to be facilitated by the Magistrate Judge via email.